

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF N.I.T., | § | No. 08-23-00149-CV |
| A JUVENILE. | § | Appeal from the |
| | § | 327th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2200939) |

## J U D G M E N T

The Court has considered Appellant's request to dismiss this appeal and concludes the appeal should be dismissed. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to costs. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF FEBRUARY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.